AO 91 (Rev. 11/82)

**CRIMINAL COMPLAINT**

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JOSE LUIS HERRERA,<br>Defendant | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>08- **08-2798M** |

Complaint for violation of Title 18, United States Code, Section 871(a).

| NAME OF MAGISTRATE JUDGE<br>HON. ANDREW J. WISTRICH | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|
| DATE OF OFFENSE<br>NOVEMBER 10, 2008 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN)<br>22816 Alexandria Avenue<br>Torrance, California 90502 |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. § 871(a)]

On or about November 10, 2008, in Los Angeles County, within the Central District of California, defendant JOSE LUIS HERRERA knowingly and willfully threatened to take the life of the President-Elect of the United States.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>Kelly B. O'Hara |
|---|---|
| | OFFICIAL TITLE<br>Special Agent - United States Secret Service |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE<br>November 12, 2008 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

AUSA: Christopher Grigg    REC: Detention and Arrest Warrant

<u>A F F I D A V I T</u>

I, Kelly O'Hara, being duly sworn under oath, hereby depose and say the following:

1. I am a Special Agent ("SA") of the United States Secret Service ("USSS"), and have been so employed since January 2002. I am currently assigned to the Los Angeles Field Office ("LAFO"), Protective Intelligence Squad, where I investigate violations of federal law relating to threats against the president of the United States and certain other individuals. I have completed formal training relating to the interview and evaluation of individuals who make threats against persons protected under Title 18, United States Code, sections 871 and 879. During the performance of my duties, I regularly investigate violations of those sections.

2. This affidavit is made in support of a criminal complaint charging JOSE LUIS HERRERA ZABALA ("HERRERA") with a violation of Title 18, United States Code, Section 871 (threats against the president and successors to the presidency). The facts set forth in this affidavit are based on my personal observations, my training and experience, and information that I obtained from other law enforcement officers and witnesses. This affidavit is

intended to show that there is probable cause for the requested criminal complaint against HERRERA and does not purport to set forth all of my knowledge of or investigation into this matter.

3. For the reasons set forth below, I submit that there is probable cause to believe that HERRERA has committed a violation of Title 18, United States Code, Section 871, by knowingly and willfully threatening to kill the President-Elect of the United States.

4. On November 10, 2008, at approximately 4 p.m., I received a telephone call from the Federal Protective Services ("FPS") dispatch center and was advised that HERRERA was in FPS custody after threatening to kill President-Elect Barack Obama.

5. Later on November 10, 2008, I interviewed, and read a report prepared by, Court Security Officers assigned to the Federal Courthouse located at 312 North Spring Street, Los Angeles, California 90012 (the "Courthouse"), and learned the following:

    a. At approximately 3:29 p.m. on November 10, 2008, Court Security Officer ("CSO") James Boggs spoke with HERRERA and a second male individual in the lobby on the Spring Street level of the Courthouse. The second

individual initially said to CSO Boggs, "This gentleman needs a public defender[,]" referring to HERRERA. HERRERA then turned his attention to CSO Boggs and asked him, "Do you have the power to arrest?" CSO Boggs asked HERRERA why he wanted to know. HERRERA then said, "I have threatened to kill the President." Immediately after HERRERA made this claim, the second individual departed the scene.

  b. While standing nearby in the Spring Street lobby, Acting Lead Court Security Officer (Acting LCSO) Guillermo Munoz then overheard HERRERA spontaneously state, "I am going to kill President Obama." When Acting LCSO Munoz asked HERRERA how he intended to do this, HERRERA replied "I have multiple weapons at my mother's house."

  c. Following this verbal exchange, the CSOs contacted FPS officers. A short while later, FPS Officer Roman Morales arrived at the Spring Street lobby, took HERRERA into custody, and transported him to FPS offices.

  6. At approximately 5:00 p.m. on November 10, 2008, USSS SA Christopher Maier and I interviewed HERRERA at FPS offices in the presence of FPS Officer Morales. After HERRERA provided basic background information about himself, I read a Miranda advisement to HERRERA using a USSS form. HERRERA verbally waived his rights and agreed

3

to speak with us. During the interview, I learned the following:

    a. HERRERA initially claimed that he was near the Courthouse to go to Los Angeles City Hall, which is located across the street from the Courthouse, in order to check on the property value of his home. When I asked HERRERA why he was in the Courthouse itself, HERRERA initially made a statement about checking out the "angles," referring to the Courthouse building, but refused to elaborate further on what he meant or why he was at the Courthouse.

    b. I asked HERRERA if he owned any weapons. HERRERA stated that he owns four guns that he stores, hidden, at his parents' house, unbeknownst to either of his parents. HERRERA identified the four weapons as:

    i. 9mm "ML MK" semi-automatic with a 32 round magazine, which he purchased in Chatsworth, Georgia;

    ii. a .45 caliber "Orenko" (phonetic spelling);

    **iii.** a .357 magnum "Superhawk" handgun; and

    iv. an "old fashion pirate gun . . . black powder."

4

c.  HERRERA also claimed to own a "smoke bomb" that is located in the garage of his residence at 22816 Alexandria Avenue, Torrance, California. When asked where he obtained the smoke bomb, HERRERA stated that it was at the residence when he purchased it in 1996.

d.  HERRERA stated that he "hand loads" ammunition in the garage of his residence and that he last fired his weapons approximately one month ago at a firing range. HERRERA stated that he is an expert marksman as a result of his training in the U.S. Army and practice after his military discharge. When asked about his military service, HERRERA claimed that he served in the Army for approximately three years in the 1980s, but could not recall the specific dates. However, at the time of his arrest by FPS, HERRERA had in his possession dog tags bearing his name and social security number.

e.  HERRERA claimed that on one occasion when he was in jail on an unrelated prior matter, he had faked being dead so that the jail staff would believe that he had committed suicide. HERRERA stated that his goal was to escape.

f.  When questioned about President-Elect Obama, HERRERA became visibly agitated. HERRERA stated "I don't

5

like the man" referring to President-Elect Obama, and gave the following reasons:

      i. President-Elect Obama did not serve in the military;

      ii. President-Elect Obama is not going to be the type of president that people are expecting him to be;

      iii. President-Elect Obama is going to pull U.S. troops out of the wars, referring to the conflicts in Iraq and Afghanistan, and that the deaths of soldiers and innocent civilians would be in vain and there would be "nothing to show for it";

    h. When asked if he had a plan in mind regarding his intent to kill President-Elect Obama, HERRERA stated "most definitely." He continued, stating that he still felt the same as when he made the statements to the CSOs earlier, but refused to elaborate on his plan.

    i. At this point SA Maier reminded HERRERA of the severity of the situation and the severity of the charges that HERRERA was facing. HERRERA responded that he was "not playing a game" and said, "Don't think your jail can hold me." HERRERA refused to elaborate on how he would evade or escape prison and claimed that he was "focused on

his mission" which was to "remove him [referring to President-Elect Obama] from office."

    j.  At the conclusion of the interview, HERRERA stated "My number one job is to kill Barack Obama. I shit you not."

    7.  Throughout the course of the interview, HERRERA and provided appropriate responses to the questions posed and spoke in a matter-of-fact manner until he was asked about President-Elect Obama, at which pointed HERRERA became agitated as noted above. Throughout the interview, HERRERA did not appear to be under the influence of any alcohol, controlled substance, or medication, and did not appear mentally troubled in any way.

    8.  During HERRERA's contacts with the CSOs, FPS officers, and USSS agents, HERRERA never expressed any regret that he had made the threats to President-Elect Obama, and never said, in words or substance, that he did not intend to make the threats.

    9.  On November 10 and November 12, 2008, I reviewed National Crime Information Center ("NCIC") and California Law Enforcement Telecommunications System ("CLETS") records relating to HERRERA and learned, among other things, the following:

a. Herrera has a history of prior state arrests for driving under the influence and battery.

b. On June 19, 2007, HERRERA was convicted and placed on probation for 36 months for a misdemeanor offense of driving with a suspended license in violation of California Vehicle Code section 14601.2;

c. On May 27, 2007, HERRARA was arrested for making criminal threats in violation of California Penal Code section 422 ("section 422"). On July 30, 2007, HERRERA was convicted of a misdemeanor violation of section 422 and ordered to serve 97 days in jail and 36 months of probation.

10. Based on the foregoing, I submit that there is probable cause to believe that HERRERA has committed a violation of Title 18, United States Code, section 871, by knowingly and willfully threatening to kill the President-Elect of the United States.

_____
Kelly O'Hara
SA, U. S. Secret Service

Subscribed and sworn to
before me this  12  day of November, 2008.

_____
HONORABLE ANDREW J. WISTRICH
U.S. Magistrate Judge